# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 14-11963-AMC

JOSEPH DENNIS CATANESE
CATHY LOUISE CATANESE
104 SLATE RIDGE ROAD

COATESVILLE, PA 19320

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JOSEPH DENNIS CATANESE
    CATHY LOUISE CATANESE
    104 SLATE RIDGE ROAD

    COATESVILLE, PA 19320

Counsel for debtor(s), by electronic notice only.

    JOSEPH T BAMBRICK JR
    529 READING AV
    SUITE K
    WEST READING, PA 19611-

Date: 1/22/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee