United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-11963-amc
Joseph Dennis Catanese                                                    Chapter 13
Cathy Louise Catanese
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: PaulP              Page 1 of 1             Date Rcvd: Jul 31, 2018
                                Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2018.
14004089        MTGLQ Investors, LP,   c/o Rushmore Loan Management Services,
                 P.O. Box 55004, Irvine, CA 92619

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2018 at the address(es) listed below:
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Select Portfolio Servicing Inc. as servicing
               agent for Christiana Trust, a division of Wilmington Savings Fund Society, FSB, as indenture
               trustee, for the CSMC 2014-RPL2 Trust, Mortgage-Backed Notes, debersole@hoflawgroup.com,
               bbleming@hoflawgroup.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    PRP III Chalet, LLC debersole@hoflawgroup.com,
               bbleming@hoflawgroup.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of    MTGLQ Investor, LP c/o Rushmore Loan Management
               Services debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Joint Debtor Cathy Louise Catanese NO1JTB@juno.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Joseph Dennis Catanese NO1JTB@juno.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    ABS REO Trust bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing Inc. as servicing
               agent for Christiana Trust, a division of Wilmington Savings Fund Society, FSB, as indenture
               trustee, for the CSMC 2014-RPL2 Trust, Mortgage-Backed Notes, mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-11963-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Joseph Dennis Catanese
104 Slate Ridge Road
Coatesville PA 19320

Cathy Louise Catanese
104 Slate Ridge Road
Coatesville PA 19320

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/30/2018.

Name and Address of Alleged Transferor(s):

Claim No. 3: MTGLQ Investors, LP, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619

Name and Address of Transferee:

PRP III Chalet, LLC
c/o Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/02/18

Tim McGrath
**CLERK OF THE COURT**