## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**In Re:**                                         **Case No.** 14-11963

JOSEPH DENNIS CATANESE AND CATHY     **Claim No. :** 2
LOUISE CATANESE

    Debtor(s)

### NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address pertaining to NOTICES ONLY, listed in the above stated case be changed.

**\*\* Below change is only for notice address. Payment address will be same as filed in POC.**

**Address where Notices to the creditor be sent:**

| From | To |
|---|---|
| NCEP, LLC by AIS Portfolio Services, LP as agent | NCEP, LLC by AIS Portfolio Services, LP as agent |
| P.O. Box 165028 | 4515 N Santa Fe Ave. Dept. APS |
| Irving, TX 75016 | Oklahoma City, OK 73118 |

/s/ Ashish Rawat

Date: 09/05/2018

Creditor's Authorized Agent for NCEP, LLC by AIS Portfolio Services, LP as agent