United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Joseph Dennis Catanese
Cathy Louise Catanese
       Debtors

Case No. 14-11963-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: Antoinett   Page 1 of 1   Date Rcvd: Sep 24, 2018
Form ID: trc   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2018.
14173080   +PRP III Chalet, LLC,   c/o Rushmore Loan Management Services,   P.O. Box 55004,
        Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2018                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2018 at the address(es) listed below:
      ALLISON L. CARR    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust acarr@tuckerlaw.com, agilbert@tuckerlaw.com
      DANIELLE  BOYLE-EBERSOLE    on behalf of    MTGLQ Investor, LP c/o Rushmore Loan Management Services debersole@hoflawgroup.com, bbleming@hoflawgroup.com
      DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Select Portfolio Servicing Inc. as servicing agent for Christiana Trust, a division of Wilmington Savings Fund Society, FSB, as indenture trustee, for the CSMC 2014-RPL2 Trust, Mortgage-Backed Notes, debersole@hoflawgroup.com, bbleming@hoflawgroup.com
      DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    PRP III Chalet, LLC debersole@hoflawgroup.com, bbleming@hoflawgroup.com
      JOSEPH T. BAMBRICK, JR.    on behalf of Joint Debtor Cathy Louise Catanese NO1JTB@juno.com
      JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Joseph Dennis Catanese NO1JTB@juno.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    ABS REO Trust bkgroup@kmllawgroup.com
      MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing Inc. as servicing agent for Christiana Trust, a division of Wilmington Savings Fund Society, FSB, as indenture trustee, for the CSMC 2014-RPL2 Trust, Mortgage-Backed Notes, mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                          TOTAL: 11

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-11963-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Joseph Dennis Catanese
104 Slate Ridge Road
Coatesville PA 19320

Cathy Louise Catanese
104 Slate Ridge Road
Coatesville PA 19320

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/21/2018.

Name and Address of Alleged Transferor(s):

Claim No. 3: PRP III Chalet, LLC, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619

Name and Address of Transferee:

US Bank NA Trust, Trustee of Tiki Series III Trust
c/o SN Servicing Corp.
323 5th Street
Eureka, CA 95501

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/26/18

Tim McGrath
**CLERK OF THE COURT**