# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Joseph Dennis Catanese dba Catman Sports, Inc.<br>            Cathy Louise Catanese<br>                         Debtors | CHAPTER 13 |
| ABS REO Trust<br>                         Movant<br>       vs. | NO. 14-11963 AMC |
| Joseph Dennis Catanese dba Catman Sports, Inc.<br>Cathy Louise Catanese<br>                         Debtors<br><br>William C. Miller Esq.<br>                         Trustee | 11 U.S.C. Sections 362 and 1301 |

## **ORDER**

AND NOW, this _____ day of _____, 2018 at Philadelphia, upon failure of Debtors and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 104 Slate Ridge Road, Coatesville, PA 19320 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge.

Joseph Dennis Catanese dba Catman Sports, Inc.
104 Slate Ridge Road
Coatesville, PA 19320

Cathy Louise Catanese
104 Slate Ridge Road
Coatesville, PA 19320

Joseph T. Bambrick, Jr. Esq.
529 Reading Avenue, Suite K (VIA ECF)
West Reading, PA 19611

William C. Miller Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532