# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph Dennis Catanese dba Catman Sports, Inc.<br>Cathy Louise Catanese<br>　　　　　Debtors | CHAPTER 13 |
| ABS REO Trust<br>　　　　　Movant<br>　　vs.<br>Joseph Dennis Catanese dba Catman Sports, Inc.<br>Cathy Louise Catanese<br>　　　　　Debtors<br>William C. Miller Esq.<br>　　　　　Trustee | NO. 14-11963 AMC<br><br>11 U.S.C. Section 362 |

## CERTIFICATE OF SERVICE

I, Kevin G. McDonald, attorney for Movant, do hereby certify that true and correct copies of the foregoing Motion of ABS REO Trust for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE have been served on October 23, 2018, by first class mail, and/or electronic means upon those listed below:

Debtors
Joseph Dennis Catanese
dba Catman Sports, Inc.
104 Slate Ridge Road
Coatesville, PA 19320

Cathy Louise Catanese
104 Slate Ridge Road
Coatesville, PA 19320

Attorney for Debtors
Joseph T. Bambrick, Jr., Esq.
529 Reading Avenue, Suite K (VIA ECF)
West Reading, PA 19611

Trustee
William C. Miller Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19107

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Date: October 23, 2018        **/s/Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　Phone: (215) 627-1322 Fax: (215) 627-7734
　　　　　　　　　　　　　　　Attorneys for Movant/Applicant