IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | |
| : | Case No. 14-11963-amc |
| JOSEPH DENNIS CATANESE, : | |
| dba CATMAN SPORTS, INC., : | |
| CATHY LOUISE CATANESE, : | |
| : | Chapter 13 |
| Debtors : | |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2019, it is hereby ORDERED, ADJUDGED and DECREED that relief from stay is **GRANTED** and that the automatic stay be and hereby vacated and terminated with respect to U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust, who may take such actions as may be necessary or appropriate with respect enforcing its rights with respect to the Property located at 104 Slate Ridge Road, Coatesville, Pennsylvania 19320, including actions that may or will divest debtors' rights and interests in the property.

BY THE COURT:

_____
Hon. Ashely M. Chan
United States Bankruptcy Judge

**Date: March 5, 2019**

TADMS:5099430-1 018919-184882