United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-11963-amc
Joseph Dennis Catanese                                                Chapter 13
Cathy Louise Catanese
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1            Date Rcvd: Mar 05, 2019
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2019.
db/jdb         +Joseph Dennis Catanese,   Cathy Louise Catanese,   104 Slate Ridge Road,
                Coatesville, PA 19320-1670

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2019 at the address(es) listed below:
              ALLISON L. CARR    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the
               Tiki Series III Trust acarr@tuckerlaw.com,    agilbert@tuckerlaw.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    PRP III Chalet, LLC debersole@hoflawgroup.com,
               jzhang@hoflawgroup.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of     MTGLQ Investor, LP c/o Rushmore Loan Management
               Services debersole@hoflawgroup.com,    jzhang@hoflawgroup.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Select Portfolio Servicing Inc. as servicing
               agent for Christiana Trust, a division of Wilmington Savings Fund Society, FSB, as indenture
               trustee, for the CSMC 2014-RPL2 Trust, Mortgage-Backed Notes, debersole@hoflawgroup.com,
               jzhang@hoflawgroup.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Joseph Dennis Catanese NO1JTB@juno.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Joint Debtor Cathy Louise Catanese NO1JTB@juno.com
              KEVIN G. MCDONALD    on behalf of Creditor    ABS REO Trust bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    ABS REO Trust bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing Inc. as servicing
               agent for Christiana Trust, a division of Wilmington Savings Fund Society, FSB, as indenture
               trustee, for the CSMC 2014-RPL2 Trust, Mortgage-Backed Notes, mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | |
| : | Case No. 14-11963-amc |
| JOSEPH DENNIS CATANESE, : | |
| dba CATMAN SPORTS, INC., : | |
| CATHY LOUISE CATANESE, : | |
| : | Chapter 13 |
| Debtors : | |

ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2019, it is hereby ORDERED, ADJUDGED and DECREED that relief from stay is **GRANTED** and that the automatic stay be and hereby vacated and terminated with respect to U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust, who may take such actions as may be necessary or appropriate with respect enforcing its rights with respect to the Property located at 104 Slate Ridge Road, Coatesville, Pennsylvania 19320, including actions that may or will divest debtors' rights and interests in the property.

BY THE COURT:

_____
Hon. Ashely M. Chan
United States Bankruptcy Judge

**Date: March 5, 2019**

TADMS:5099430-1 018919-184882