United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 14-11963-amc
Joseph Dennis Catanese                                                        Chapter 13
Cathy Louise Catanese
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore              Page 1 of 3            Date Rcvd: Aug 19, 2019
                              Form ID: 138NEW              Total Noticed: 75

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2019.
db/jdb         +Joseph Dennis Catanese,    Cathy Louise Catanese,    104 Slate Ridge Road,
                 Coatesville, PA 19320-1670
NONE           +MTGLQ Investor, LP c/o Rushmore Loan Management Se,    P.O. Box 55004,    Irvine,, CA 92619-5004
cr             +Santander Consumer USA Inc.,    PO Box 562088,    Suite 900 North,    Dallas, TX 75356-2088
13268468       +Aaron's,    831 Lincoln Hwy E,    Coatesville, PA 19320-3535
13268469       +Albert Sardella, Esq.,    1240 E. Lincoln Highway,    Coatesville, PA 19320-3544
13268471        Apothaker & Associates, P.C.,    520 Fellowship Road, C306,    Mount Laurel, NJ 08054-3410
13268472        Arrow Financial Services, LLC,    5996 W. Touhy Ave,    Niles, IL 60714-4610
13268474        B&B Collections, Inc.,    PO Box 2137,    Toms River, NJ 08754-2137
13268475        Caliber Home Loans,    PO Box 619063,    Dallas, TX 75261-9063
13268476        Capital Management Services, LP,    PO Box 2036,    Warren, MI 48090-2036
13268481        Chester County Critical Care Medic,    Attn: General Counsel,    804 Scott Nixon Memorial Drive,
                 Augusta, GA 30907-2464
13268484       +Convergent Outsourcing, Inc.,    800 SW 39th Street,    Renton, WA 98057-4927
13268483        Convergent Outsourcing, Inc.,    PO Box 9004,    Renton, WA 98057-9004
13268485       +David J. Apothaker, Esq.,    APOTHAKER & ASSOCIATES, P.C.,    520 Fellowship Road, C306,
                 Mount Laurel, NJ 08054-3410
13268486       +Emergency Care Specialists, LLC,    PO Box 667,    Toms River, NJ 08754-0667
13268491       +HSBC Bank USA, N.A.,    452 Fifth Avenue,    New York, NY 10018-2706
13268490       +Harold Sweigart,    171 Hibernia Road,    Coatesville, PA 19320-1380
14004089        MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,
                 P.O. Box 55004, Irvine, CA 92619
14173080       +PRP III Chalet, LLC,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
                 Irvine, CA 92619-5004
13268501       +PYOD, LLC,    200 Meeting Street,    Charleston, SC 29401-3156
13268497        Pennsylvania American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
13268499       +Pomeroy VFC Ambulance,    PO Box 726,    New Cumberland, PA 17070-0726
13268500       +Providian,    295 Main Street,    Tilton, NH 03276-5115
13268504       +Sadsbury Township,    2920 Lincoln Highway,    PO Box 261,    Sadsburyville, PA 19369-0261
13268503       +Sadsbury Township,    c/o Robert T. McClintock, Esq.,    LAMB McERLANE,
                 24 E. Market Street  PO Box 565,    West Chester, PA 19381-0565
13268505       +Sadsbury Township Sanitary Sewer,    2920 Lincoln Highway,    PO Box 261,
                 Sadsburyville, PA 19369-0261
13268506        Santander,    PO Box 105255,    Atlanta, GA 30348-5255
13285906       +Santander Consumer USA,    Po Box 560284,    Dallas, TX 75356-0284
13268507        Strategic Recovery Group,    PO Box 52238,    Idaho Falls, ID 83405-2238
13328461       +The Chester County Hospital,    c/o Tabas & Rosen, P.C.,    1601 Market Street, Suite 2300,
                 Philadelphia, PA 19103-2306
13268508       +The Chester County Hospital & Health Sys,    PO Box 2701,    West Chester, PA 19380-0944
13268509       +The Law Office of Edwin A. Abrahamsen &,    Associates, P.C.,    120 N. Keyser Avenue,
                 Scranton, PA 18504-9701
13268511        U.S. Department of Veteran's Affairs,    PO Box 530269,    Atlanta, GA 30353-0269
13268512       +Washington Mutual,    1301 Second Avenue,    Seattle, WA 98101-3800
13268513        West Chester Cardiology,    531 Maple Avenue,    West Chester, PA 19380-4416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 20 2019 03:19:04      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 20 2019 03:18:48
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 20 2019 03:19:00      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 20 2019 03:10:14
                 Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, Tx 76006-1347
cr              E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 20 2019 03:12:18
                 Capital One Auto Finance c/o AIS Portfolio Service,    P.O. BOX 4360,    Houston, TX  77210-4360
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 20 2019 03:12:17      NCEP, LLC,
                 P.O. Box 165028,    Irving, TX 75016-5028
cr              E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 20 2019 03:10:14
                 NCEP, LLC by AIS Data Services, LP as agent,    PO Box 165028,    Irving, TX 75016-5028
cr              E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 20 2019 03:10:15
                 NCEP, LLC by AIS Portfolio Services, LP as agent,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
13268470        E-mail/Text: bkrpt@retrievalmasters.com Aug 20 2019 03:18:55      AMCA,    PO Box 1235,
                 Elmsford, NY 10523-0935
13272549        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 20 2019 03:22:38
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13268473        E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 20 2019 03:18:54      Asset Acceptance, LLC,
                 PO Box 2036,    Warren, MI 48090-2036

```
District/off: 0313-2          User: JEGilmore          Page 2 of 3          Date Rcvd: Aug 19, 2019
                              Form ID: 138NEW          Total Noticed: 75


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13268479       +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 20 2019 03:19:11     CCS,   PO Box 587,
                 Needham Heights, MA 02494-0011
13287541       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Aug 20 2019 03:19:14     Caliber Home Loans, Inc.,
                 13801 Wireless Way,    Oklahoma City, Oklahoma 73134-2500
13294648       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 20 2019 03:10:14
                 Capital One Auto Finance,    c/o AIS Portfolio Services,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
13268477       +E-mail/Text: paparalegals@pandf.us Aug 20 2019 03:19:13     Capital One Bank,
                 c/o Gregg L. Morris, Esq.,    PATENAUDE & FELIX, A.P.C.,    213 E. Main Street,
                 Carnegie, PA 15106-2701
13268478       +E-mail/Text: paparalegals@pandf.us Aug 20 2019 03:19:13     Capital One F.S.B.,
                 c/o Gregg L. Morris, Esq.,    PATENAUDE & FELIX, A.P.C.,    213 E. Main Street,
                 Carnegie, PA 15106-2701
13268480       +E-mail/Text: compliance@chaserec.com Aug 20 2019 03:19:13     Chase Receivables,
                 1247 Broadway,    Sonoma, CA 95476-7503
13268482        E-mail/Text: documentfiling@lciinc.com Aug 20 2019 03:18:38     Comcast,   PO Box 3005,
                 Southeastern, PA 19398-3005
13268487       +E-mail/Text: bankruptcy@fncbinc.com Aug 20 2019 03:18:37
                 First National Collection Bureau, Inc.,    610 Walthan Way,    Sparks, NV 89437-6695
13268488       +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2019 03:10:12     GE Money Bank,   901 Main Avenue,
                 Norwalk, CT 06851-1172
13268489       +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2019 03:10:12     GE Money Bank/Care Credit,
                 PO Box 960061,    Orlando, FL 32896-0061
13268492        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 20 2019 03:18:59     Jefferson Capital Systems, LLC,
                 16 McLeland Road,    Saint Cloud, MN 56303
13268493       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2019 03:12:20     LVNV Funding, LLC,
                 55 Beattie Place,    Greenville, SC 29601-2165
13379298        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2019 03:10:18
                 LVNV Funding, LLC its successors and assigns as,    assignee of OSI Portfolio Services, Inc.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13379300        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2019 03:10:17
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13268494       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 20 2019 03:18:55     Midland Credit Management, Inc.,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
13561302       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 20 2019 03:10:14     NCEP, LLC,
                 4515 N Santa Fe Ave. Dept APS,    Oklahoma City, OK 73118-7901
13573227       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 20 2019 03:12:17     NCEP, LLC,
                 by AIS Data Services, LP as agent,    PO Box 165028,    Irving, TX 75016-5028
13268495       +E-mail/Text: electronicbkydocs@nelnet.net Aug 20 2019 03:18:56     Nelnet,   PO Box 82561,
                 Lincoln, NE 68501-2561
13268496       +E-mail/Text: bankruptcygroup@peco-energy.com Aug 20 2019 03:18:42     PECO,   PO Box 13778,
                 Philadelphia, PA 19101-3778
13309727       +E-mail/Text: bankruptcygroup@peco-energy.com Aug 20 2019 03:18:42     PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13379305       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2019 03:11:18
                 PYOD, LLC its successors and assigns as assignee,    of Plains Commerce Bank,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
13301618       +E-mail/Text: csc.bankruptcy@amwater.com Aug 20 2019 03:19:13     Pennsylvania American Water,
                 PO Box 578,    Alton, IL 62002-0578
13268498       +E-mail/Text: bknotices@totalcardinc.com Aug 20 2019 03:18:56     Plains Commerce Bank,
                 3905 W. 49th Street,    Sioux Falls, SD 57106-4206
13360028        E-mail/Text: bnc-quantum@quantum3group.com Aug 20 2019 03:18:43
                 Quantum3 Group LLC as agent for,    Worldwide Asset Purchasing II LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
13268502       +E-mail/Text: BankruptcyMail@questdiagnostics.com Aug 20 2019 03:19:13
                 Quest Diagnostics Inc.,    3 Giralda Farms,    Madison, NJ 07940-1027
13268510        E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Aug 20 2019 03:10:11     TMobile,
                 PO Box 742596,    Cincinnati, OH 45274-2596
14201223       +E-mail/Text: bknotices@snsc.com Aug 20 2019 03:19:12
                 US Bank NA Trust, Trustee of Tiki Series III Trust,    c/o SN Servicing Corp.,    323 5th Street,
                 Eureka, CA 95501-0305
13296334        E-mail/Text: electronicbkydocs@nelnet.net Aug 20 2019 03:18:56     US Department of Education,
                 c/o Nelnet,    3015 South Parker Road,    Suite 400,    Aurora CO 80014-2904
13268514       +E-mail/Text: notices@burt-law.com Aug 20 2019 03:19:13     Worldwide Asset Purchasing II, LLC,
                 c/o Derek C. Blasker, Esq.,    BURTON NEIL & ASSOCIATES, P.C.,    1060 Andrew Drive, Suite 170,
                 West Chester, PA 19380-5600
                                                                                               TOTAL: 40

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13296335*       US Department of Education,    c/o Nelnet,    3015 South Parker Road,    Suite 400,
                 Aurora CO 80014-2904
```

```
District/off: 0313-2          User: JEGilmore            Page 3 of 3              Date Rcvd: Aug 19, 2019
                              Form ID: 138NEW            Total Noticed: 75

cr           ##+SELECT PORTFOLIO SERVICING, INC, SERVICING AGENT F,    3815 South West Temple,
               Salt Lake City, UT 84115-4412
13432792     ##+Christiana Trust, a division of Wilming,    Serviced by Select Portfolio Servicing,,
               3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2019 at the address(es) listed below:
              ALLISON L. CARR    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the
               Tiki Series III Trust acarr@tuckerlaw.com,   agilbert@tuckerlaw.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Select Portfolio Servicing Inc. as servicing
               agent for Christiana Trust, a division of Wilmington Savings Fund Society, FSB, as indenture
               trustee, for the CSMC 2014-RPL2 Trust, Mortgage-Backed Notes, debersole@hoflawgroup.com,
               pfranz@hoflawgroup.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    PRP III Chalet, LLC debersole@hoflawgroup.com,
               pfranz@hoflawgroup.com
              DANIELLE BOYLE-EBERSOLE    on behalf of    MTGLQ Investor, LP c/o Rushmore Loan Management
               Services debersole@hoflawgroup.com,   pfranz@hoflawgroup.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Joint Debtor Cathy Louise Catanese NO1JTB@juno.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Joseph Dennis Catanese NO1JTB@juno.com
              KEVIN G. MCDONALD    on behalf of Creditor    ABS REO Trust bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    ABS REO Trust bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing Inc. as servicing
               agent for Christiana Trust, a division of Wilmington Savings Fund Society, FSB, as indenture
               trustee, for the CSMC 2014-RPL2 Trust, Mortgage-Backed Notes, mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Joseph Dennis Catanese and Cathy
Louise Catanese

        Debtor(s)          Bankruptcy No: 14–11963–amc

         Chapter: 13

_____

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 8/19/19

        209 – 208
        Form 138_new