United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-11963-amc
Joseph Dennis Catanese                                                  Chapter 13
Cathy Louise Catanese
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Aug 19, 2019
                             Form ID: 212             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2019.
db/jdb          +Joseph Dennis Catanese,   Cathy Louise Catanese,   104 Slate Ridge Road,
                 Coatesville, PA 19320-1670

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2019 at the address(es) listed below:
          ALLISON L. CARR    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the
           Tiki Series III Trust acarr@tuckerlaw.com,  agilbert@tuckerlaw.com
          DANIELLE  BOYLE-EBERSOLE   on behalf of Creditor    PRP III Chalet, LLC debersole@hoflawgroup.com,
           pfranz@hoflawgroup.com
          DANIELLE  BOYLE-EBERSOLE   on behalf of    MTGLQ Investor, LP c/o Rushmore Loan Management
           Services debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
          DANIELLE  BOYLE-EBERSOLE   on behalf of Creditor    Select Portfolio Servicing Inc. as servicing
           agent for Christiana Trust, a division of Wilmington Savings Fund Society, FSB, as indenture
           trustee, for the CSMC 2014-RPL2 Trust, Mortgage-Backed Notes, debersole@hoflawgroup.com,
           pfranz@hoflawgroup.com
          JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Joseph Dennis Catanese NO1JTB@juno.com
          JOSEPH T. BAMBRICK, JR.    on behalf of Joint Debtor Cathy Louise Catanese NO1JTB@juno.com
          KEVIN G. MCDONALD   on behalf of Creditor    ABS REO Trust bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    ABS REO Trust bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing Inc. as servicing
           agent for Christiana Trust, a division of Wilmington Savings Fund Society, FSB, as indenture
           trustee, for the CSMC 2014-RPL2 Trust, Mortgage-Backed Notes, mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM EDWARD CRAIG   on behalf of Creditor   Santander Consumer USA Inc.
           ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                            TOTAL: 13

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re:                                                          Chapter: 13

    Joseph Dennis Catanese and Cathy Louise
Catanese

Debtor(s)                                                       Case No: 14−11963−amc

_____

### ORDER

    AND NOW, 8/19/19 , it appearing that the debtor must file either a statement regarding

completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for

a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support

obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support

obligation certification were due no later than the last payment made by the debtor as required

by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date

of this order to file

      ☑ A statement regarding completion of an instructional course concerning
personal financial management, (Official Form B423) or a request for a waiver
from such requirement.

      ☑ A certification regarding domestic support obligations and Section 522(q),
(Director's Form B2830);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without
the debtor receiving his/her chapter 13 discharge.

For The Court

Ashely M. Chan

Judge ,United States Bankruptcy
Court