Certificate Number: 12433-PAE-DE-033337278

Bankruptcy Case Number: 14-11963



12433-PAE-DE-033337278

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 1, 2019, at 1:02 o'clock PM EDT, Joseph D. Catanese completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 2, 2019               By:    /s/Lance Brechbill

                                        Name:  Lance Brechbill

                                        Title: Teacher