United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-11963-amc
Joseph Dennis Catanese                                                    Chapter 13
Cathy Louise Catanese
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin              Page 1 of 2              Date Rcvd: Sep 06, 2019
                              Form ID: 3180W           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2019.
db/jdb         +Joseph Dennis Catanese,    Cathy Louise Catanese,    104 Slate Ridge Road,
                 Coatesville, PA 19320-1670
13268503       +Sadsbury Township,    c/o Robert T. McClintock, Esq.,     LAMB McERLANE,
                 24 E. Market Street   PO Box 565,    West Chester, PA 19381-0565
13328461       +The Chester County Hospital,    c/o Tabas & Rosen, P.C.,    1601 Market Street, Suite 2300,
                 Philadelphia, PA 19103-2306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 07 2019 02:46:08      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 07 2019 02:45:39
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 07 2019 02:45:54      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13272549        EDI: AIS.COM Sep 07 2019 06:38:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,   Oklahoma City, OK  73124-8848
13294648       +EDI: AISACG.COM Sep 07 2019 06:38:00      Capital One Auto Finance,    c/o AIS Portfolio Services,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
13379298        EDI: RESURGENT.COM Sep 07 2019 06:38:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of OSI Portfolio Services, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13379300        EDI: RESURGENT.COM Sep 07 2019 06:38:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Arrow Financial Services,,    LLC,   Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13573227       +EDI: AISACG.COM Sep 07 2019 06:38:00      NCEP, LLC,   by AIS Data Services, LP as agent,
                 PO Box 165028,   Irving, TX 75016-5028
13309727       +E-mail/Text: bankruptcygroup@peco-energy.com Sep 07 2019 02:45:23      PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13379305       +EDI: RESURGENT.COM Sep 07 2019 06:38:00      PYOD, LLC its successors and assigns as assignee,
                 of Plains Commerce Bank,    Resurgent Capital Services,    PO Box 19008,
                 Greenville, SC 29602-9008
13301618       +E-mail/Text: csc.bankruptcy@amwater.com Sep 07 2019 02:46:23      Pennsylvania American Water,
                 PO Box 578,   Alton, IL 62002-0578
13360028        EDI: Q3G.COM Sep 07 2019 06:38:00     Quantum3 Group LLC as agent for,
                 Worldwide Asset Purchasing II LLC,    PO Box 788,   Kirkland, WA 98083-0788
14201223       +E-mail/Text: bknotices@snsc.com Sep 07 2019 02:46:22
                 US Bank NA Trust, Trustee of Tiki Series III Trust,    c/o SN Servicing Corp.,    323 5th Street,
                 Eureka, CA 95501-0305
13296334        E-mail/Text: electronicbkydocs@nelnet.net Sep 07 2019 02:45:48      US Department of Education,
                 c/o Nelnet,   3015 South Parker Road,    Suite 400,   Aurora CO 80014-2904
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2019                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: admin               Page 2 of 2                Date Rcvd: Sep 06, 2019
                              Form ID: 3180W            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2019 at the address(es) listed below:

```
              ALLISON L. CARR    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the
               Tiki Series III Trust acarr@tuckerlaw.com,   agilbert@tuckerlaw.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Select Portfolio Servicing Inc. as servicing
               agent for Christiana Trust, a division of Wilmington Savings Fund Society, FSB, as indenture
               trustee, for the CSMC 2014-RPL2 Trust, Mortgage-Backed Notes, debersole@hoflawgroup.com,
               pfranz@hoflawgroup.com
              DANIELLE  BOYLE-EBERSOLE     on behalf of Creditor    PRP III Chalet, LLC debersole@hoflawgroup.com,
               pfranz@hoflawgroup.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of     MTGLQ Investor, LP c/o Rushmore Loan Management
               Services debersole@hoflawgroup.com,   pfranz@hoflawgroup.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Joint Debtor Cathy Louise Catanese NO1JTB@juno.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Joseph Dennis Catanese NO1JTB@juno.com
              KEVIN G. MCDONALD    on behalf of Creditor    ABS REO Trust bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    ABS REO Trust bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing Inc. as servicing
               agent for Christiana Trust, a division of Wilmington Savings Fund Society, FSB, as indenture
               trustee, for the CSMC 2014-RPL2 Trust, Mortgage-Backed Notes, mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 13
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Joseph Dennis Catanese** | Social Security number or ITIN | **xxx–xx–0302** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | **Cathy Louise Catanese** | Social Security number or ITIN | **xxx–xx–5856** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | | |
| Case number: | **14–11963–amc** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joseph Dennis Catanese
dba Catman Sports, Inc.

Cathy Louise Catanese

9/5/19

**By the court:**   Ashely M. Chan
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                              **Chapter 13 Discharge**                              page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**