UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Joseph Dennis Catanese dba Catman Sports, Inc. <br> Cathy Louise Catanese <br> <div align="center">Debtors</div> <br><br> ABS REO Trust <br> <div align="center">Movant</div> <br> vs. <br><br> Joseph Dennis Catanese dba Catman Sports, Inc. <br> Cathy Louise Catanese <br> <div align="center">Debtors</div> <br><br> William C. Miller Esq. <br> <div align="center">Trustee</div> | CHAPTER 13 <br> BK NO: 14-11963 AMC |

### ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby;

ORDERED that the deadline to file the Stipulation be extended to October 21, 2019

Dated: **September 30, 2019**

By the court:

_____
United States Bankruptcy Judge