United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph Dennis Catanese  
Cathy Louise Catanese  
      Debtors

Case No. 14-11963-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: PaulP   Page 1 of 1   Date Rcvd: Sep 30, 2019  
                  Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2019.  
db/jdb       +Joseph Dennis Catanese,   Cathy Louise Catanese,   104 Slate Ridge Road,   Coatesville, PA 19320-1670

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2019 at the address(es) listed below:

        ALLISON L. CARR   on behalf of Creditor   U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust acarr@tuckerlaw.com,   agilbert@tuckerlaw.com  
        DANIELLE  BOYLE-EBERSOLE   on behalf of Creditor   PRP III Chalet, LLC debersole@hoflawgroup.com,   pfranz@hoflawgroup.com  
        DANIELLE  BOYLE-EBERSOLE   on behalf of   MTGLQ Investor, LP c/o Rushmore Loan Management Services debersole@hoflawgroup.com,   pfranz@hoflawgroup.com  
        DANIELLE  BOYLE-EBERSOLE   on behalf of Creditor   Select Portfolio Servicing Inc. as servicing agent for Christiana Trust, a division of Wilmington Savings Fund Society, FSB, as indenture trustee, for the CSMC 2014-RPL2 Trust, Mortgage-Backed Notes, debersole@hoflawgroup.com,   pfranz@hoflawgroup.com  
        JOSEPH T. BAMBRICK, JR.   on behalf of Debtor Joseph Dennis Catanese NO1JTB@juno.com  
        JOSEPH T. BAMBRICK, JR.   on behalf of Joint Debtor Cathy Louise Catanese NO1JTB@juno.com  
        KEVIN G. MCDONALD   on behalf of Creditor   ABS REO Trust bkgroup@kmllawgroup.com  
        MATTEO SAMUEL WEINER   on behalf of Creditor   ABS REO Trust bkgroup@kmllawgroup.com  
        MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Select Portfolio Servicing Inc. as servicing agent for Christiana Trust, a division of Wilmington Savings Fund Society, FSB, as indenture trustee, for the CSMC 2014-RPL2 Trust, Mortgage-Backed Notes, mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com  
        WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,   philaecf@gmail.com  
        WILLIAM EDWARD CRAIG   on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                                                                            TOTAL: 13

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Joseph Dennis Catanese dba Catman Sports, Inc.<br>Cathy Louise Catanese<br><div align="center">Debtors</div><br>ABS REO Trust<br><div align="center">Movant</div><br>vs.<br><br>Joseph Dennis Catanese dba Catman Sports, Inc.<br>Cathy Louise Catanese<br><div align="center">Debtors</div><br>William C. Miller Esq.<br><div align="center">Trustee</div> | CHAPTER 13<br>BK NO: 14-11963 AMC |

### ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby;

ORDERED that the deadline to file the Stipulation be extended to October 21, 2019

Dated: **September 30, 2019**

By the court:

_____
United States Bankruptcy Judge