United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph Dennis Catanese  
Cathy Louise Catanese  
      Debtors

Case No. 14-11963-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Jan 13, 2020  
                       Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2020.  
db/jdb       +Joseph Dennis Catanese,    Cathy Louise Catanese,    104 Slate Ridge Road,    Coatesville, PA 19320-1670

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2020        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2020 at the address(es) listed below:  
      ALLISON L. CARR    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust acarr@tuckerlaw.com, agilbert@tuckerlaw.com  
      DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    PRP III Chalet, LLC debersole@hoflawgroup.com, pfranz@hoflawgroup.com  
      DANIELLE BOYLE-EBERSOLE    on behalf of    MTGLQ Investor, LP c/o Rushmore Loan Management Services debersole@hoflawgroup.com, pfranz@hoflawgroup.com  
      DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Select Portfolio Servicing Inc. as servicing agent for Christiana Trust, a division of Wilmington Savings Fund Society, FSB, as indenture trustee, for the CSMC 2014-RPL2 Trust, Mortgage-Backed Notes, debersole@hoflawgroup.com, pfranz@hoflawgroup.com  
      JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Joseph Dennis Catanese NO1JTB@juno.com  
      JOSEPH T. BAMBRICK, JR.    on behalf of Joint Debtor Cathy Louise Catanese NO1JTB@juno.com  
      KEVIN G. MCDONALD    on behalf of Creditor    ABS REO Trust bkgroup@kmllawgroup.com  
      MATTEO SAMUEL WEINER    on behalf of Creditor    ABS REO Trust bkgroup@kmllawgroup.com  
      MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing Inc. as servicing agent for Christiana Trust, a division of Wilmington Savings Fund Society, FSB, as indenture trustee, for the CSMC 2014-RPL2 Trust, Mortgage-Backed Notes, mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
      WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
       TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Joseph Dennis Catanese and Cathy Louise Catanese : Case No. 14−11963−amc
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , January 13, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

222
Form 195